**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | 12-3379M-1 and 2 |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Luis Alfonso Quintana-Nunez and Alfonso Sandoval-Robles, | ) | |
| Defendants. | ) | |

This matter arises on Defendants Luis Alfonso Quintana-Nunez and Alfonso Sandoval-Robles' Motions to Extend Time to Indict. (Doc. #s 11, 12) The Motions make clear that Defendants are "charged with Possession with Intent to Distribute Marijuana in violation of Title 21 U.S.C § 841."

It is, and has been, the District Court's policy since 2000 to deny second or subsequent motions to extend time to indict and grant them in only illegal re-entry felonies. Since the Defendants are not charged with Illegal Reentry After Deportation or a similar immigration-related crime, even though they may not be United States citizens or lawful permanent residents and in the United States unlawfully, the subject Motion will be denied. Defendants are not, however, without a remedy to preserve any "fast-track" plea agreement if they were to timely waive their 5th Amendment right to indictment and proceed by information. *United States v. Arellano-Rivera*, 244 F.3d 1119 (9th Cir. 2001).

**IT IS ORDERED** that Defendants' Motions to Extend Time to Indict, doc. #s 11, 12, are **DENIED**. *See United States v. Ramirez-Cortez*, 213 F.3d 1149 (9th Cir. 2000)

(defendant cannot waive the protections of the Speedy Trial Act indictment clock by stipulating to a continuance).

At this time, the last day to seek a timely indictment in this case is October 10, 2012.

DATED this 17th day of September, 2012.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge